IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BETANET, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>(1)  ADOBE SYSTEMS, INC.;<br>(2)  APPLE, INC.;<br>(3)  ARIAL SOFTWARE, LLC;<br>(4)  AUTODESK, INC.;<br>(5)  CARBONITE, INC.;<br>(6)  COREL CORP.;<br>(7)  EASTMAN KODAK CO.;<br>(8)  INTERNATIONAL BUSINESS MACHINES CORP.;<br>(9)  INTUIT, INC.;<br>(10) MICROSOFT CORP.;<br>(11) MCAFEE, INC.;<br>(12) ONLINE HOLDINGS, LLC;<br>(13) ORACLE CORP.;<br>(14) ROCKWELL AUTOMATION, INC.;<br>(15) ROSETTA STONE, LTD.;<br>(16) SAP AMERICA, INC.;<br>(17) SIEMENS CORP.; and<br>(18) SONY CREATIVE SOFTWARE, INC.,<br><br>  Defendants. | CIVIL ACTION NO.  2:09-cv-384<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BetaNet, LLC voluntarily dismisses Online Holdings, LLC without prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

Dated:  April 27, 2010         By:  /s/ Andrew W. Spangler
                                     Andrew W. Spangler
                                     Texas State Bar No. 24041960
                                     **Spangler Law, PC**
                                     208 N Green St., # 300

[1]

Longview, TX 75601-7312
Phone: (903) 753-9300

**ATTORNEY FOR PLAINTIFF
BETANET, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 27, 2010                                         /s/     Andrew Spangler
                                                       Andrew W. Spangler

[2]