IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BETANET, LLC, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:09-CV-384-DF-CE |
| v. | § § | |
| ADOBE SYSTEMS, INC., ET AL, | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## IBM CORPORATION'S NOTICE OF SETTLEMENT

IBM Corporation ("IBM"), defendant in the above-entitled and numbered civil action, hereby notifies that Court that it has reached an agreement in principal with BetaNet, LLC. The parties expect to file a motion to dismiss within the next thirty (30) days.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

John R. Colgan
Timothy J. Heverin
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601-1692
(312) 782-3939 (phone)
(312) 782-8585 (fax)
jcolgan@jonesday.com
tjheverin@jonesday.com

*Counsel for IBM Corporation*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 27th day of April, 2010.

Eric M. Albritton