# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BETANET, LLC,**<br><br>　Plaintiff,<br><br>　v.<br><br>(1)　**ADOBE SYSTEMS, INC.;**<br>(2)　**APPLE, INC.;**<br>(3)　**ARIAL SOFTWARE, LLC;**<br>(4)　**AUTODESK, INC.;**<br>(5)　**CARBONITE, INC.;**<br>(6)　**COREL CORP.;**<br>(7)　**EASTMAN KODAK CO.;**<br>(8)　**INTERNATIONAL BUSINESS MACHINES CORP.;**<br>(9)　**INTUIT, INC.;**<br>(10) **MICROSOFT CORP.;**<br>(11) **MCAFEE, INC.;**<br>(12) **ONLINE HOLDINGS, LLC;**<br>(13) **ORACLE CORP.;**<br>(14) **ROCKWELL AUTOMATION, INC.;**<br>(15) **ROSETTA STONE, LTD.;**<br>(16) **SAP AMERICA, INC.;**<br>(17) **SIEMENS CORP.; and**<br>(18) **SONY CREATIVE SOFTWARE, INC.,**<br><br>　Defendants. | **CIVIL ACTION NO. 2:09-cv-384**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Having considered Plaintiff, BetaNet, LLC's Notice of Dismissal the Court finds that good cause exists for granting the notice. The Notice of Dismissal is GRANTED. All claims asserted by BetaNet, LLC against Online Holdings, LLC are hereby dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

　　**SIGNED this 29th day of April, 2010.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE