IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BETANET, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| (1)  ADOBE SYSTEMS, INC.; | § | |
| (2)  APPLE, INC.; | § | |
| (3)  ARIAL SOFTWARE, LLC; | § | |
| (4)  AUTODESK, INC.; | § | CIVIL ACTION No. 2:09-CV-384-DF-CE |
| (5)  CARBONITE, INC.; | § | |
| (6)  COREL CORP.; | § | |
| (7)  EASTMAN KODAK CO.; | § | |
| (8)  INTERNATIONAL BUSINESS MACHINES CORP.; | § | |
| (9)  INTUIT, INC.; | § | JURY TRIAL DEMANDED |
| (10) MICROSOFT CORP.; | § | |
| (11) MCAFFE, INC.; | § | |
| (12) ONLINE HOLDINGS, LLC; | § | |
| (13) ORACLE CORP.; | § | |
| (14) ROCKWELL AUTOMATION, INC.; | § | |
| (15) ROSETTA STONE, LTD.; | § | |
| (16) SAP AMERICA, INC.; | § | |
| (17) SIEMENS CORP.; and | § | |
| (18) SONY CREATIVE SOFTWARE, INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE AND AGREED MOTION TO STAY BETWEEN PLAINTIFF AND DFENDANTS ADOBE SYSTEMS, INC., APPLE, INC., AUTODESK, INC., INTERNATIONAL BUSINESS MACHINES CORP., MICROSOFT CORP., MCAFFE, INC., ROSETTA STONE, LTD., SAP AMERICA, INC., <u>EASTMAN KODAK CO. AND SONY CREATIVE SOFTWARE, INC.</u>**

Plaintiff BetaNet, LLC has resolved its dispute as to Defendants Adobe Systems, Inc., Apple, Inc., Autodesk, Inc., International Business Machines Corp., Microsoft Corp., McAfee, Inc., Rosetta Stone, Ltd., SAP America, Inc., Eastman Kodak Co. and Sony Creative Software, Inc. (Defendants).  Plaintiff and Defendants have agreed to stay all the deadlines in the above referenced matter between Plaintiff and Defendants, while Plaintiff and Defendants complete the

necessary paperwork.  Plaintiff and Defendants anticipate filing a stipulation of dismissal within 30 days.

WHEREFORE Plaintiff and Defendants respectfully request that the Court enter and Order staying the deadlines between Plaintiff and Defendants in the above referenced matter.

Respectfully submitted,

Gregory P. Love
State Bar No. 24013060
Scott E. Stevens
State Bar No. 00792024
Darrell G. Dotson
State Bar No. 24002010
STEVENS LOVE
P.O. Box 3427
Longview, Texas  75606
Telephone:  (903) 753–6760
Facsimile:  (903) 753–6761
greg@stevenslove.com
scott@stevenslove.com
darrell@stevenslove.com

Mr. Andrew W. Spangler
Texas State Bar No. 24041960
Spangler Law, PC
208 N Green St., #300
Longview, TX 75601-7312
Telephone: (903) 753-9300

Attorneys for BetaNet, LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 5th day of May, 2010.

Scott E. Stevens