# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BETANET, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| (1) ADOBE SYSTEMS, INC.; § | |
| (2) APPLE, INC.; § | |
| (3) ARIAL SOFTWARE, LLC; § | |
| (4) AUTODESK, INC.; § | CIVIL ACTION No. 2:09-CV-384-DF-CE |
| (5) CARBONITE, INC.; § | |
| (6) COREL CORP.; § | |
| (7) EASTMAN KODAK CO.; § | |
| (8) INTERNATIONAL BUSINESS § | |
|  MACHINES CORP.; § | |
| (9) INTUIT, INC.; § | JURY TRIAL DEMANDED |
| (10) MICROSOFT CORP.; § | |
| (11) MCAFFE, INC.; § | |
| (12) ONLINE HOLDINGS, LLC; § | |
| (13) ORACLE CORP.; § | |
| (14) ROCKWELL AUTOMATION, INC.; § | |
| (15) ROSETTA STONE, LTD.; § | |
| (16) SAP AMERICA, INC.; § | |
| (17) SIEMENS CORP.; and § | |
| (18) SONY CREATIVE SOFTWARE, INC., § | |
| § | |
| Defendants. § | |

## ORDER

The Court, having considered Plaintiff's and Defendants Adobe Systems, Inc., Apple, Inc., Autodesk, Inc., International Business Machines Corp., Microsoft Corp., McAffe, Inc., Rosetta Stone, Ltd., SAP America, Inc., Eastman Kodak Co. and Sony Creative Software, Inc. (Defendants) Agreed Motion to Stay Deadlines between Plaintiff and Defendants hereby GRANTS the parties' motion and stays the deadlines between Plaintiff and Defendants in the above referenced action.

Plaintiff and Defendants are instructed to either file a stipulation of dismissal or advise the Court as to the status of the parties' efforts to reduce the settlement to a formal written settlement agreement within 30 days of the entry of this Order.

**SIGNED this 6th day of May, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE