IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BETANET, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| (1)  ADOBE SYSTEMS, INC.; | § | |
| (2)  APPLE, INC.; | § | |
| (3)  ARIAL SOFTWARE, LLC; | § | |
| (4)  AUTODESK, INC.; | § | |
| (5)  CARBONITE, INC.; | § | CIVIL ACTION No. 2:09-CV-384-DF-CE |
| (6)  COREL CORP.; | § | |
| (7)  EASTMAN KODAK CO.; | § | |
| (8)  INTERNATIONAL BUSINESS      MACHINES CORP.; | § | |
| (9)  INTUIT, INC.; | § | JURY TRIAL DEMANDED |
| (10) MICROSOFT CORP.; | § | |
| (11) MCAFFE, INC.; | § | |
| (12) ONLINE HOLDINGS, LLC; | § | |
| (13) ORACLE CORP.; | § | |
| (14) ROCKWELL AUTOMATION, INC.; | § | |
| (15) ROSETTA STONE, LTD.; | § | |
| (16) SAP AMERICA, INC.; | § | |
| (17) SIEMENS CORP.; and | § | |
| (18) SONY CREATIVE SOFTWARE, INC., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff BetaNet, LLC ("BetaNet") and Defendant Siemens Corp. ("Siemens") have resolved BetaNet's claims for relief against Siemens asserted in this case.

NOW, THEREFORE, BetaNet and Siemens, through their attorneys of record, request this Court to dismiss BetaNet's claims for relief against Siemens with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Respectfully submitted,

_____
Scott E. Stevens
State Bar No. 00792024
Gregory P. Love
State Bar No. 24013060
Darrell G. Dotson
State Bar No. 24002010
STEVENS LOVE
P.O. Box 3427
Longview, Texas 75606
Telephone: (903) 753–6760
Facsimile: (903) 753–6761
greg@stevenslove.com
scott@stevenslove.com
darrell@stevenslove.com

Mr. Andrew W. Spangler
Texas State Bar No. 24041960
Spangler Law, PC
208 N Green St., #300
Longview, TX 75601-7312
Telephone: (903) 753-9300

Attorneys for BetaNet, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 30th day of July, 2010.

_____
Scott E. Stevens