**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BETANET, LLC,**<br><br>   Plaintiff,<br><br>  v.<br><br>(1)  ADOBE SYSTEMS, INC.;<br>(2)  APPLE, INC.;<br>(3)  ARIAL SOFTWARE, LLC;<br>(4)  AUTODESK, INC.;<br>(5)  CARBONITE, INC.;<br>(6)  COREL CORP.;<br>(7)  EASTMAN KODAK CO.;<br>(8)  INTERNATIONAL BUSINESS MACHINES CORP.;<br>(9)  INTUIT, INC.;<br>(10) MICROSOFT CORP.;<br>(11) MCAFEE, INC.;<br>(12) ONLINE HOLDINGS, LLC;<br>(13) ORACLE CORP.;<br>(14) ROCKWELL AUTOMATION, INC.;<br>(15) ROSETTA STONE, LTD.;<br>(16) SAP AMERICA, INC.;<br>(17) SIEMENS CORP.; and<br>(18) SONY CREATIVE SOFTWARE, INC.,<br><br>   Defendants. | **CIVIL ACTION NO.  2:09-cv-384**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS

     WHEREAS, Plaintiff BetaNet, LLC ("BetaNet") and Defendant Eastman Kodak Co. ("Kodak") have resolved BetaNet's claims for relief against Kodak asserted in this case.

     NOW, THEREFORE, BetaNet, through its attorneys of record, requests this Court to dismiss BetaNet's claims for relief against Kodak with prejudice and dismiss Kodak's counterclaims for relief against BetaNet with prejudice.  Each party will bear its own costs and attorneys' fees.

[1]

[2]

Dated:  September 2, 2010    By: /s/ Andrew W. Spangler
    Andrew W. Spangler
    Texas State Bar No. 24041960
    **Spangler Law, PC**
    208 N Green St., # 300
    Longview, TX 75601-7312
    Phone: (903) 753-9300

    **ATTORNEY FOR PLAINTIFF**
    **BETANET, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 2, 2010    /s/   Andrew W. Spangler
    Andrew W. Spangler